# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

129633

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

STACEY C. INGRAM,
　　　　Defendant-Appellant.

SC: 129633
COA: 260169
Wayne CC: 99-000865

_____/

　　　　On order of the Court, the application for leave to appeal the August 16, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

　　　　KELLY, J., would hold this case in abeyance for *Whorton v Bockting*, cert gtd 126 S Ct 2017; 164 L Ed 2d 778 (May 15, 2006) (No. 05-595).



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

Clerk

s1023